United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON, | No. C 15-5227 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| JERRY BROWN, et al., | |
| Defendants. | |

Plaintiff is a California prisoner incarcerated at the California Medical Facility ("CMF") in Vacaville, California. He claims that defendants violated his civil rights at CMF. Vacaville is in Solano County, which lies within the venue of the United States District Court for the Eastern District of California. Venue for this civil rights action is therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: December   21  , 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE