IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON, SR., | No. 2:15-CV-2665-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| GOVERNOR OF THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a notice of voluntary dismissal (Doc. 11).  Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiff's notice.  <u>See</u> Fed. R. Civ. P. 41(a)(1)(A)(I).  The Clerk of the Court is directed to terminate all pending motions and close this file.

IT IS SO ORDERED.

DATED: February 19, 2016

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE